UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW SKELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CV-0296-CVE-TLW |
| | ) |
| CREDIT COLLECTION SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## AGREED JUDGMENT

Before the Court is plaintiff's notice of acceptance of offer of judgment (Dkt. # 12). Plaintiff appears through his counsel, Victor R. Wandres of Paramount Law. Defendant appears through its counsel, James L. Menzer of Menzer Law Offices, P.C. Having reviewed the notice of offer of judgment, the Court finds that judgment should be entered in favor of plaintiff in the amount of $1,001.00, plus statutory costs, reasonable attorneys' fees and costs properly determined by the Court, and post-judgment interest at the rate of 0.33% per annum.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of plaintiff and against defendant in the amount of $1001.00, plus statutory costs, reasonable attorneys' fees and costs properly determined by the Court, and post-judgment interest at the rate of 0.33% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff shall have fourteen days, or until **August 24, 2015**, to submit his application for attorneys' fees and costs.

**DATED** this 10th day of August, 2015.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE